MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar No. 12007
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
Telephone:   (702) 792-3773
Fax:   (702) 792-9002
Email:  ferrariom@gtlaw.com
           hendricksk@gtlaw.com
           katzmo@gtlaw.com
*Counsel for Defendants*
*Clark County School District, D. Couthen,*
*M. Caldwell and J. Schell*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN PHIPPS, individually, and as Guardian ad litem for M. P.; DINA PHIPPS,<br><br>Plaintiffs,<br><br>vs.<br><br>LACHELLE DEANNE JAMES; CLARK COUNTY SCHOOL DISTRICT, a Political Subdivision of the State of Nevada; D. COUTHEN; M. CALDWELL; J. SCHELL; DOES I through X; and ROES I through X, inclusive,<br><br>Defendants. | No. 2:13-cv-00002<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[FIRST REQUEST]** |

Pursuant to Local Rule 26-4, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs John Phipps, individually, and as a guardian ad litem for M.P. and Dina Phipps (collectively, "Plaintiffs") together with the Clark County School District ("CCSD"), D. Couthen, M. Caldwell, and J. Schell (CCSD, Couthen, Caldwell, and Schell are collectively referred to herein

LV 420523619v1

as "Defendants")[1] that the deadline for responding to Plaintiffs' Motion for Summary Judgment (Doc. # 124) (filed Aug. 14, 2015) and the deadline for responding to the CCSD Defendants' Motion for Summary Judgment (Doc. # 125) (filed Aug. 14, 2015), shall be extended by one week, from September 8, 2015, to September 15, 2015.  The reason for the requested extension is due to the issues presented and conflicts with scheduling. Accordingly, good cause exists to extend the response deadlines to the Motions for Summary Judgment by one week.

**IT IS SO STIPULATED.**

Dated this 3rd day of September, 2015.

GREENBERG TRAURIG, LLP

*/s/ Kara B. Hendricks*
MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
MOOREA L. KATZ
Nevada Bar No. 12007
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Clark County School District,
D. Couthen, M. Caldwell and J. Schell*

Dated this 3rd day of September, 2015.

MURDOCK & ASSOCIATES, CHTD.

*/s/ Robert E. Murdock*
ROBERT E. MURDOCK
Nevada Bar No. 4013
521 S. Third Street
Las Vegas, NV 89101
*Counsel for Plaintiff*

**IT IS SO ORDERED**

DATED this 3rd day of September, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

---

[1] Defendant Lachelle James has not yet appeared in this case.

*LV 420523619v1*